FILED
CLERK, U.S. DISTRICT COURT

MAY 17 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Apryl Jalise Weston

DEFENDANT(S).

CASE NUMBER **8:22mj360-DUTY**

1:22-cr-00129-DAD-BAM

## DECLARATION RE OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: US District Court
in the Eastern District of California on 05/15/2022
at 1000 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about June 2020
in violation of Title 18 U.S.C., Section(s) 1349 & 1028A(a)(1) & 2
to wit: Conspiracy to commit mail fraud, aggravated identity theft & aiding and abetting

A warrant for defendant's arrest was issued by: Hon Judge Sheila Oberto

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Indictment, arrest warrant, sealing order

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/17/2022
Date

Signature of Agent

Print Name of Agent: Justin Dasher

Agency: FBI

Title: Special Agent